# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES M. LOCKWOOD, | ) |
| Plaintiff, | ) |
| v. | ) CIV-05-493-R |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered May 1, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation [Doc. No. 18] is ADOPTED in its entirety, the decision of the Commissioner of the Social Security Administration is REVERSED and this case is REMANDED for further administrative proceedings consistent with the Report and Recommendation.

**It is so ordered this 24th day of May, 2006.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE