**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JAMES M. LOCKWOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIV-05-493-R |
| | ) |
| JO ANNE B. BARNHART, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered July 5, 2006.  No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety; Plaintiff's motion for attorney fees and expenses is GRANTED; and Plaintiff is AWARDED attorney fees and expenses in the amount of $3,727.50 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

**It is so ordered this 28th day of July, 2006.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE